IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL McCULLOUGH and BRYAN R. McCULLOUGH<br><br>v.<br><br>PFIZER, INC.,<br>PHARMACIA CORPORATION, and<br>G.D. SEARLE & CO. | CIVIL ACTION NO. 4:06-cv-03668 |
| In Re: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation<br><br>This Document Relates to:<br>CHERYL and BRYAN McCULLOUGH | MDL   No. M:05-cv-01699 |

## ORDER GRANTING PLAINTIFFS'
## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On _____Dec. 08_____, 2006, the Court considered Plaintiffs' Unopposed Motion for Leave to File Amended Complaint. After considering the application, the court:

GRANTS Plaintiffs' Unopposed Motion for Leave to File Amended Complaint and ORDERS that Plaintiffs have leave to file Plaintiff's First Amended Complaint.

SIGNED on _____Dec. 08_____, 2006.

_____
U.S DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
Russell W. Endsley
Attorney for Plaintiffs